# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KELLY J. YACKYTOOAHNIPAH, et al., | Case No.: SACV 18-00449-CJC(DFMx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al., | |
| Defendant. | |

*//*

-1-

This action came on for hearing before the Court on August 5, 2019, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs take nothing, that the action be dismissed on the merits, and that Defendant recover its costs.

DATED: August 5, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE